**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION**

IN RE:                                                     CASE NO. 13-06419-MGW
                                                              CHAPTER 13

ANITA BENOIT,

    Debtor(s).
_____/

**NOTICE OF APPEARANCE AND REQUEST TO BE PLACED**
**ON THE LOCAL RULES 1007-2 PARTIES IN INTEREST LIST**

Greenwich Investors XLIII Trust 2013-1, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Local Rule 1007-2 and Local Rule 2002-1(e), whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**ANILA RASUL, ESQ.**
**ROBERTSON, ANSCHUTZ & SCHNEID, PL**
**6409 CONGRESS AVE., STE. 100**
**BOCA RATON, FLORIDA 33487**

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, Terry E Smith, Chapter **13** Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this 30th day of July, 2013.

                                          ROBERTSON, ANSCHUTZ & SCHNEID, PL
                                          Attorney for Secured Creditor
                                          6409 Congress Ave., Ste. 100
                                          Boca Raton, FL 33487
                                          Phone: (561) 241-6901 ext. 1183
                                          Fax: (561) 807-0114

                                           /s/ **ANILA RASUL**
                                          **ANILA RASUL, ESQ.**
                                          FBN: 36378

13-08660

**<u>Mailing List</u>**

Jermaine Francis Benoit
c/o Michael Barnett
Michael Barnett, PA
506 N. Armenia Ave.
Tampa, FL 33609

Terry E Smith
PO Box 6099
Sun City Center, FL 33571

13-08660