UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**Jermaine Frances Benoit**　　　　　　Case No. **8:13-bk-06419-MGW**

　Debtor.　　　　　　Chapter 13
_____/

### NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
### WLR/IVZ RESI NPL, LLC TO DESIGNATE REPRESENTATIVE

Come now Debtor, by and through his undersigned attorney, to withdraw the Motion To Compel WLR/IV RESI NPL, LLC (Docket #20) and cancel the hearing scheduled for 26 August 2013.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by U.S. Mail, First Class Postage prepaid or by electronic transmission to; **WLR/IVZ RESI NPL, LLC, c/o** Robertson, Anschutz & Schneid, PL, 6409 Congress Ave., Ste 100, Boca Raton, FL 33487; **WLR/IVZ RESI NPL, LLC,** c/o Reg. Agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801; **Terry E. Smith**, Chapter 13 Trustee, PO Box 6099, Sun City Center, FL 33571-6099; this 12th day of August, 2013.

Michael Barnett, P.A.

by____/s/ Michael Barnett_____
Michael Barnett
Fla. Bar # 500150
506 N. Armenia Ave.
Tampa, FL  33609-3308
tel. (813) 870-3100
facs. (813) 877-4039
mpa7@tampabay.rr.com
Attorney for Debtors